1
2
3
4
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**
12                         **DISTRICT OF NEVADA**
13
14  JEFFREY S. PATERSON,             )    3:11-cv-00845-HDM-WGC
                                     )
15            Plaintiff,             )
                                     )    ORDER
16  vs.                              )
                                     )
17  PATTERSON, et al.,               )
                                     )
18            Defendants.            )
    _____)
19
        The complaint in this action was screened and filed on
20
    December 15, 2011.  Pursuant to the screening order, however, the
21
    action was immediately stayed for 90 days in order to allow the
22
    parties to attempt to settle.  The stay expired on March 14, 2012.
23
        On May 14, 2012, the clerk of the court filed a notice of
24
    intent to dismiss two unserved defendants for failure to timely
25
    serve.  However, given the 90-day stay of this case, the notice of
26
    intent to dismiss was premature and improvidently entered.  The
27
    time for service of process in this case began to run once the stay
28

                                    1

expired. Plaintiff thus has up to and including July 12, 2012, in which to effectuate service on defendants Adolph Stankus and Patterson. Accordingly, the court hereby vacates the notice of intent to dismiss entered on May 14, 2012.

**IT IS SO ORDERED.**

DATED: This 10th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE