**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PATTERSON, et al., | ) | |
| Defendants. | ) | |

The complaint in this action was screened and filed on December 15, 2011. Pursuant to the screening order, however, the action was immediately stayed for 90 days in order to allow the parties to attempt to settle. The stay expired on March 14, 2012.

On May 14, 2012, the clerk of the court filed a notice of intent to dismiss two unserved defendants for failure to timely serve. However, given the 90-day stay of this case, the notice of intent to dismiss was premature and improvidently entered. The time for service of process in this case began to run once the stay

1

1 expired.  Plaintiff thus has up to and including July 12, 2012, in
2 which to effectuate service on defendants Adolph Stankus and
3 Patterson.  Accordingly, the court hereby vacates the notice of
4 intent to dismiss entered on May 14, 2012.

**IT IS SO ORDERED.**

DATED: This 10th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

2