UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY S. PATTERSON, | ) | 3:11-cv-00845-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 27, 2012 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion for an Order Compelling Discovery (Doc. #27), wherein plaintiff seeks to have the court order the defendants to produce certain documentation, including medical records. Plaintiff's "motion" (Doc. #27) is actually a request for production. However, no discovery has yet been propounded nor has a scheduling order been issued. The court notes the defendants have not yet answered the complaint, which is typically a prerequisite to the Court issuing a scheduling order. Therefore, discovery is premature.

Plaintiff's Motion (Doc. #27) is therefore **DENIED** as premature. A scheduling order will be issued if defendants answer or if good cause otherwise appears that discovery should proceed herein. L.R. 16.1.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk