**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|   |   |
|---|---|
| JEFFREY S. PATERSON,           )<br>                              )<br>           Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>PATTERSON, et al.,            )<br>                              )<br>           Defendants.        )<br>_____) | 3:11-cv-00845-HDM-WGC<br><br>ORDER |

The court has considered the report and recommendation of the United States Magistrate Judge (#131) filed on September 18, 2012, in which the magistrate judge recommends granting the defendants' motion to dismiss (#22) and dismissing without prejudice the two unserved defendants, Adolph Stankus and Patterson. No objections to the report and recommendation have been filed, and the time for doing so has expired.[1]

The court has considered the pleadings and memoranda of the

---

[1] As of this date, plaintiff has not filed any objections despite receiving an extension of time to November 15, 2012, in which to do so.

1

parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and the court hereby accepts and adopts the report and recommendation of the United States Magistrate Judge (#31).

Accordingly, the defendants' motion to dismiss Count II of plaintiff's complaint (#22) is hereby **GRANTED,** and Count II of plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.** Further, the unserved defendants Adolph Stankus and Patterson are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

DATED: This 17th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

2