UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 6, 2013 |
| | ) | |
| THE STATE OF NEVADA, ex rel. | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's "Request for Order." (Doc. #45.)  Plaintiff seeks entry of an order directing the Nevada Department of Corrections to allow him access to view a NOTIS report which was provided by the Attorney General's office for Plaintiff to review in this case.  Plaintiff states that when he submitted a kite seeking to view the documents the reply was "not approved in this matter will provide upon proper order." (*Id.* at 1.)  Defendants have responded (Doc. # 48), stating that upon receipt of Plaintiff's request, counsel for Defendants contacted the Warden's Office and advised them that Plaintiff shall have the ability to review the documents (*id.* at 1).  Defendants' response attached Exhibit A, an NDOC Case Note Printout Report, reflecting that on 4/30/13, Plaintiff was allowed twenty minutes to review the documents.

It therefore appears that this matter has been resolved without court intervention.  For that reason, Plaintiff's request (Doc. # 45) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
         Deputy Clerk