### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. PATERSON, ) | 3:11-cv-00845-HDM-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | September 16, 2013 |
| THE STATE OF NEVADA, ex rel. ) | |
| NEVADA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion for Order and Service of Summons Under Seal (Doc. # 73) which he filed in response to Defendants' Notice that the Office of the Attorney General was not authorized to accept service on behalf of Defendant Chester Patterson (Doc. # 68) and in accordance with this court's Order (Doc. # 65).

Good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk shall issue a Summons for Defendant Chester Patterson and send the same to the U.S. Marshal with the address provided under seal (Doc. # 69).

**IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff a USM-285 form, a copy of the Complaint (Doc. # 4), a copy of this court's order (Doc. # 65) and a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it along with a copy of the Complaint (Doc. # 4) and copy of this court's order (Doc. # 65) to the United States Marshal for service. After Plaintiff receives information from the Marshal regarding whether or not Defendant Chester Patterson has been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk