1

2

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11

12   JEFFREY S. PATERSON,            )        3:11-cv-00845-HDM-WGC
                                     )
13                 Plaintiff,        )
                                     )        ORDER
14   vs.                             )
                                     )
15   PATTERSON, et al.,              )
                                     )
16                 Defendants.       )
     _____ )

17

18        On August 23, 2013, the magistrate judge granted plaintiff

19   leave to amend to name the proper defendant, Chester Patterson, and

20   ordered that the complaint (#4) be amended by interlineation to

21   reflect the same.  On September 16, 2013, the plaintiff filed an

22   amended complaint adding Chester Patterson as a party.  Save for

23   this amendment, the complaint is identical to the plaintiff's

24   original complaint.  The court construes plaintiff's amended

25   complaint (#74) as an amendment to add Chester Patterson as a party

26   only.  All prior orders of the court with respect to the original

27   complaint (#4) remain in effect as to the amended complaint (#74).

28   In accordance with the court's order of September 17, 2013, the

                                     1

1  United States Marshal shall serve a copy of the amended complaint

2  (#74) on Chester Patterson.

3  **IT IS SO ORDERED**.

4  DATED: This 30th day of September, 2013.

5

6  _____
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2