**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PATTERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 23, 2013, the magistrate judge granted plaintiff leave to amend to name the proper defendant, Chester Patterson, and ordered that the complaint (#4) be amended by interlineation to reflect the same. On September 16, 2013, the plaintiff filed an amended complaint adding Chester Patterson as a party. Save for this amendment, the complaint is identical to the plaintiff's original complaint. The court construes plaintiff's amended complaint (#74) as an amendment to add Chester Patterson as a party only. All prior orders of the court with respect to the original complaint (#4) remain in effect as to the amended complaint (#74). In accordance with the court's order of September 17, 2013, the

1

United States Marshal shall serve a copy of the amended complaint (#74) on Chester Patterson.

**IT IS SO ORDERED.**

DATED: This 30th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

2