# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PATTERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the plaintiff's motion for reconsideration (#72) of the magistrate judge's order (#65) denying plaintiff's motion for default judgment (#54). The magistrate judge's order (#65) was not clearly erroneous or contrary to the law. Fed. R. Civ. P. 72(a). Accordingly, plaintiff's motion for reconsideration (#72) is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: This 8th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE