**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFREY S. PATERSON,           )   3:11-cv-00845-HDM-WGC
                               )
            Plaintiff,         )
                               )   ORDER
vs.                            )
                               )
PATTERSON, et al.,             )
                               )
            Defendants.        )
_____)

 Before the court is the plaintiff's motion for reconsideration (#72) of the magistrate judge's order (#65) denying plaintiff's motion for default judgment (#54). The magistrate judge's order (#65) was not clearly erroneous or contrary to the law. Fed. R. Civ. P. 72(a). Accordingly, plaintiff's motion for reconsideration (#72) is hereby **DENIED**.

 **IT IS SO ORDERED.**

 DATED: This 8th day of October, 2013.

                                    /s/ Howard D. McKibben
                                    _____
                                    UNITED STATES DISTRICT JUDGE