UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. PATERSON, | 3:11-cv-00845-HDM-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | November 1, 2013 |
| THE STATE OF NEVADA, ex rel. NEVADA DEPARTMENT OF CORRECTIONS, *et al.,* | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's one page form motion entitled "Request for Finding of Default." (Doc. # 88.) Plaintiff states that his complaint was served on Defendant Chester Patterson on October 2, 2013, and no answer or other defense has been filed by the defendant. (*Id*.) However, the docket in this case reflects that an answer to Plaintiff's first Amended Complaint was filed on behalf defendant Chester Patterson on October 24, 2013.

Plaintiff's motion (Doc. # 88) is therefore **<u>DENIED</u> as moot.** Although Plaintiff is not entitled to receive a free copy of the docket, in this one instance, the Clerk of the Court is directed to send a copy of the docket sheet in this matter to the plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>    /s/                              </u>
         Deputy Clerk