UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PATTERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#66) filed on August 22, 2013, in which the magistrate judge recommends granting defendant Eugene Columbus' motion for summary judgment (#46) and motion to strike plaintiff's sur-reply (#63).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and the court hereby accepts and adopts the report and recommendation of the United States

1

Magistrate Judge (#66).

In response to plaintiff's objections (#71), the court notes that plaintiff's complaint does not assert any claim against defendant Columbus based on his status as defendant Patterson's supervisor, nor is there any evidence that supports such a claim.

Accordingly, defendant Eugene Columbus' motion for summary judgment (#46) and his motion to strike plaintiff's sur-reply (#63) are hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: This 20th day of February, 2014.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2