# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the reports and recommendations of the United States Magistrate Judge (#134, #135), both filed on June 12, 2014, in which the magistrate judge recommends that the court grant defendant Chester Patterson's motion for summary judgment (#101), deny plaintiff's motion for summary judgment (#99), and deny plaintiff's motion for reconsideration (#119, #120). No objections to either report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the

1

1 | parties and other relevant matters of record and has made a review
2 | and determination in accordance with the requirements of 28 U.S.C.
3 | § 636 and applicable case law, and the court hereby accepts and
4 | adopts both reports and recommendations of the United States
5 | Magistrate Judge (#134, #135).
6 | Accordingly, plaintiff's motion for reconsideration (#119,
7 | #120) and motion for summary judgment (#99) are **DENIED,** and
8 | defendant Chester Patterson's motion for summary judgment (#101) is
9 | **GRANTED.**  The clerk of the court shall enter judgment accordingly.
10 | **IT IS SO ORDERED.**
11 | DATED: This 8th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

2