# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFFREY S. PATERSON, | ) | 3:11-cv-00845-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| PATTERSON, et al., | ) | |
| Defendants. | ) | |

Before the court is the plaintiff's motion for transcripts at government expense (#147). Defendants have opposed the motion (#148), and plaintiff has replied (#149).

Plaintiff requests the transcripts of two hearings before the United States Magistrate Judge on March 12, 2014, and April 2, 2014, arguing said transcripts are relevant to his appeal of this action. However, plaintiff does not explain why he needs transcripts of the hearings where minutes of both hearings were prepared and are available to plaintiff. (*See* Doc. #108 & Doc. #115). Accordingly, the court cannot certify that transcripts of these hearings is needed to decide the issues presented by

1

plaintiff's appeal.  *See* 28 U.S.C. § 753(f).  Plaintiff's motion for transcripts at government expense (#147) is **DENIED**.

**IT IS SO ORDERED**.

DATED: This 12th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

2